IN THE COMMONWEALTH COURT OF PENNSYLVANIA

P&R Beverage, Inc., : 
               Petitioner : 
                : 
      v. :   No. 1395 C.D. 2018
                : 
Pennsylvania Liquor Control Board, : 
               Respondent : 

# **O R D E R**

AND NOW, this 23rd day October, 2019, it is hereby ORDERED as follows:

(1)    The opinion in the above matter, filed August 23, 2019, is hereby AMENDED as shown in the highlighted language of the attached opinion.

(2)    The opinion in the above matter shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported as amended by this Order.

_____
MARY HANNAH LEAVITT, President Judge